IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| BRIAN HENRIKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: |
| ) | |
| MENARDS, INC. a foreign corporation, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES, plaintiff, Brian Henrikson by and through his attorney Stephen T. Fieweger, P.C. and for his complaint at law against the defendant Menards, Inc. and in support thereof hereby states as follows:

1. That this court has subject matter jurisdiction over this cause of action pursuant to 25 USC §1331 and 42 USC §2000(e)-(3).

2. That Defendant Brian Henrikson and at all times material to this cause of action was employed by the defendant Menards, Inc. at its Sterling distribution center.

3. That Brian was terminated on October 16, 2017 by the defendant Menards, Inc. from his position as a warehouse supervisor.

4. That Brian has timely filed his charge of discrimination with the Equal Employment Opportunity Commission on August 3, 2018, and received his notice of right to sue letter from the EEOC District Director Julianne Bowman on March 28, 2019. **Exhibit 1**, a true and correct copy of the dismissal and notice of right to sue is attached and made a part of this complaint.

5. That Brian at all times material to this cause of action performed his duties as a warehouse supervisor in a manner that met the legitimate non-discriminatory expectations of the defendant Menards, Inc.

6. That Brian was employed by Menards from April 2014 until October 16, 2017.

7. That during the 2016 calendar year Brian's immediate supervisor Dan Spence would on a daily basis make comments to Brian about wanting to have sex with Brian's mother and making other sexual "your mom" jokes to Brian. Brian was specifically sensitive to this in light of the fact that his mother died when he was 13 years old. Brian asked Spence to stop this conduct and once Spence was aware that it upset Brian he continued to engage in such misconduct on a repeated basis.

8. As a result of this Brian filed charge of sexual harassment hostile work environment with the Illinois Human Rights Department and with the Equal Employment Opportunity Commission.

9. That on June 13, 2017 Brian reached a settlement of that matter with Menards, Inc. and voluntarily withdrew his charge of discrimination from the EEOC and Illinois Department of Human Rights against Menards and against Daniel Spence. **Exhibit 2**, a true and correct copy of his voluntary withdrawal forms are attached and made a part of this complain.

10. That thereafter Menards, Inc. by and through its manager Justin Delhotel and Zach Denning engaged in retaliation by falsely disciplining him one month later in July 2017 and by ultimately terminating Brian on October 16, 2017.

11. That Menards, Inc. reason for terminating plaintiff, that he was late returning from lunch on October 9, 2017, that he had engaged in unsatisfactory work performance and that

2

he had violated Menards, Inc. cell phone policy were all false and that Brian did not engage in any of the alleged misconduct.

12. That as a direct and approximate result of the acts of retaliation Brian has sustained damages equal to his lost back wages and benefits, is entitled to reinstatement of his former position or in lieu thereof front pay to age 67, he has sustained emotional distress due to being terminated, has incurred and is entitled to recover his attorneys fees and expert fees and the costs of this action.

13. That the defendant Menards actions were willful and intentional in that the person who replaced him Daniel Spence asked Brian's supervisor Justin Delhotel knew that Brian had filed charges of discrimination against Spence and Menards and was friends with Daniel Spence and that entitled Brian to recover punitive damages or exemplary damages against the defendant Menards.

WHEREFORE, the plaintiff Brian Henrikson hereby requests this court enter judgment in his favor and against the defendant Menards, Inc. in an amount equal to his lost back pay, reinstatement to his former position or in lieu thereof front pay, and award of compensatory damages and award of attorney's fees, expert fees and the costs of this action.

**PLAINTIFF REQUESTS A TRIAL BY JURY**

Brian Henrikson, Plaintiff

/s/ Stephen T. Fieweger

Stephen T. Fieweger
5157 Utica Ridge Road
Davenport, IA 52807
Phone: 563.424.1982
Fax: 563.424.1983
Email: sfieweger@fiewegerlaw.com

## VOLUNTARY WITHDRAWAL REQUEST FORM

RESPONDENT: MENARDS HOME IMPROVEMENT, INCORPORATED

COMPLAINANT: BRIAN HENRIKSON

I hereby request to withdraw my charge filed against the above named Respondent with the Illinois Department of Human Rights (Charge Number 2017CF0447) and the Federal Equal Employment Opportunity Commission (Charge Number 21BA62126). Withdrawal is being made of my own free will, without pressure from any organization or individual.

If I am withdrawing this charge because I have reached a settlement with the Respondent, which has not been approved by both the Department and the Human Rights Commission, those agencies cannot enforce that settlement.

I understand that the withdrawal of my charge is effective upon receipt by the Department of my signed and dated Voluntary Withdrawal Request Form. The Department will then issue an Order of Closure as soon as administratively feasible and will not otherwise delay processing.

_[signature]_
Signature

6/13/17
Date

NOTE: The Department of Human Rights will not accept or process a Voluntary Withdrawal Request Form with different, additional, edited or changed text from its standard form above.

6 Voluntary Withdrawal Request Form.docm
10/16

EXHIBIT 1

# VOLUNTARY WITHDRAWAL REQUEST FORM

RESPONDENT: DANIEL SPENCE

COMPLAINANT: BRIAN HENRIKSON

I hereby request to withdraw my charge filed against the above named Respondent with the Illinois Department of Human Rights (Charge Number <u>2017CN0448</u>). Withdrawal is being made of my own free will, without pressure from any organization or individual.

If I am withdrawing this charge because I have reached a settlement with the Respondent, which has not been approved by both the Department and the Human Rights Commission, those agencies cannot enforce that settlement.

I understand that the withdrawal of my charge is effective upon receipt by the Department of my signed and dated Voluntary Withdrawal Request Form. The Department will then issue an Order of Closure as soon as administratively feasible and will not otherwise delay processing.

_____
Signature

6/13/17
_____
Date

NOTE: The Department of Human Rights will not accept or process a Voluntary Withdrawal Request Form with different, additional, edited or changed text from its standard form above.

6N Voluntary Withdrawal Request Form C N P R.docm
10/16

exhibit 4

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Brian Henrikson**
c/o Stephen T. Fieweger
STEPHEN T. FIEWEGER LAW
5157 Utice Eridge Road
Davenport, IA 52807

From: **Chicago District Office**
500 West Madison St
Suite 2000
Chicago, IL 60661

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2018-07165 | Michaela McGlynn, Investigator | (312) 869-8176 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*/s/ Julianne Bowman*      3-25-19

**Julianne Bowman,**
**District Director**

(Date Mailed)

Enclosures(s)

cc: **MENARD, INC. d/b/a Menards**
c/o Todd Lemanski
Corporate Counsel
5101 Menard Drive
Eau Claire, WI 54703

**EXHIBIT 2**

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented to:<br>__ FEPA<br>X  EEOC | Agency(ies) Charge No(s):<br>440-2018-07165 |
|---|---|---|

Illinois Department of Human Rights_ and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.)<br>Mr. Brian Henrikson | Home Phone (Incl. Area Code)<br>815.440.3816 | Date of Birth<br>11/11/1992 |
|---|---|---|

Street Address: 3802 East Lincoln Hwy., Sterling, IL 61081

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>Menards, Inc. | No. Employees, Members<br>1,000 plus | Phone No. (Include Area Code)<br>715.876.5911 |
|---|---|---|

Street Address: 5101 Menard Drive, Eau Claire, WI 54703-9625

DISCRIMINATION BASED ON (Check appropriate box(es).)

__ RACE  __ COLOR  __ SEX  __ RELIGION  __ NATIONAL ORIGIN
X  RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10/16/2017     Latest:
__ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):
Complainant has previously filed a charge of discrimination against the Employer for sexual harassment, hostile work environment and retaliation by his manager Dan Spence against Mendards. On June 13, 2017 he voluntarily withdrew his charge of discrimination with the Illinois Department of Human Rights. Thereafter, Employer retaliated against Complainant for his filing of the charges by terminating him on October 16, 2017, with the reasons given for termination being completely false.

RECEIVED EEOC
AUG 2 8 2019
CHICAGO DISTRICT OFFICE

"OFFICIAL SEAL"
J.M. Pitman
Notary Public, State of Illinois
My Commission Expires October 1, 2019

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

Joy M. Pitman  7-26-18

I declare under penalty of perjury that the above is true and correct.

7/26/18    *Charging Party Signature*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

7/26/18

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
TTY: (312) 869-8001
ENFORCEMENT FAX: (312) 869-8220
STATE & LOCAL FAX: (312) 869-8077
LEGAL FAX: (312) 869-8124

FILE REVIEWS FAX: (312) 869-8220
MEDIATION: (312) 869-8060
HEARINGS FAX: (312) 869-8125

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sylvia Bustos** and either mailed to the address above, faxed to **(312) 869-8220** or sent via email to sylvia.bustos@eeoc.gov (please chose only one method, no duplicate requests). *Be sure to include your name, address, phone number and EEOC charge number with your request.*

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

*   <u>Before filing a lawsuit,</u> but within 90 days of your receipt of the Right to Sue, or

*   <u>After your lawsuit has been filed.</u> If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the entire court complaint (with court stamped docket number) or enough pages to determine whether it was filed based on the EEOC charge.

If you are the *Respondent* you may be granted access to the file *only after* a lawsuit has been filed. Include with your request a copy of the entire court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure before you are granted access to the file, which will be sent to you after receipt of your written request. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

The process for access to the file will begin no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Aloha Print Group, 60 East Van Buren, Suite 1502, Chicago, IL 60605,** (312) 542-1300. You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, **it is recommended that you first review your file** to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent **in its entirety** to the copy service, **and you will be responsible for the cost.** Payment must be made directly to **Aloha Print Group,** which charges 15 cents per page.

(Revised 04/20/2016, previous copies obsolete)

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

### PRIVATE SUIT RIGHTS

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

### ATTORNEY REPRESENTATION

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

### DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.

# INFORMATION ON WHERE TO FILE SUIT

You have been notified of your right to sue in Federal District Court. Suit is ordinarily filed in the District having jurisdiction of the county in which the employer, against whom you filed a Charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

| U.S. DISTRICT COURT<br>Northern District of Illinois<br>Eastern Division at Chicago<br>219 South Dearborn Street<br>Chicago, IL 60604<br>312-435-5670 | | U.S. DISTRICT COURT<br>Central District of Illinois<br>Urbana Division<br>201 South Vine<br>Urbana, IL 61801<br>217-373-5830 | |
|---|---|---|---|
| Counties | | Counties | |
| Cook | Kendall | Champaign | Kankakee |
| DuPage | Lake | Coles | Macon |
| Grundy | LaSalle | Douglas | Moultrie |
| Kane | Will | Edgar | Piatt |
| | | Ford | Vermillion |
| | | Iroquois | |
| U.S. DISTRICT COURT<br>Northern District of Illinois<br>Western Division at Rockford<br>211 South Court Street<br>Federal Building<br>Rockford, IL 61101<br>815-987-4355 | | Peoria Division<br><br>100 N.E. Monroe Street<br>135 Federal Building<br>Peoria, IL 61602<br>309-671-7117 | |
| Counties | | Counties | |
| Boone | McHenry | Bureau | McLean |
| Carroll | Ogle | Fulton | Peoria |
| DeKalb | Stephenson | Hancock | Putnam |
| JoDaviess | Whiteside | Knox | Stark |
| Lee | Winnebago | Livingston | Tazewell |
| | | Marshall | Woodford |
| | | McDonough | |
| U.S. DISTRICT COURT<br>Southern District of Illinois<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br>618-482-0671<br>and<br>301 Main Street<br>Benton, IL 62812<br>618-438-0671 | | Rock Island Division<br>211 19th Street<br>Rock Island, IL 61201<br>309-793-5778 | |
| Counties | | Counties | |
| Alexander | Johnson | Henderson | Rock Island |
| Bond | Lawrence | Henry | Warren |
| Calhoun | Madison | Mercer | |
| Clark | Marion | Springfield Division | |
| Clinton | Monroe | 600 East Monroe Street | |
| Crawford | Perry | Springfield, IL 62701 | |
| Cumberland | Pope | 217-492-4020 | |
| Edwards | Pulaski | | |
| Effingham | Randolph | Counties | |
| Fayette | Richland | Adams | Logan |
| Franklin | St. Clair | Brown | Macoupin |
| Gallatin | Saline | Cass | Mason |
| Hamilton | Union | Christian | Menard |
| Hardin | Wabash | DeWitt | Montgomery |
| Jackson | Washington | Green | Morgan |
| Jasper | Wayne | Pike | Schuyler |
| Jefferson | White | Shelby | |
| Jersey | Williamson | | |